IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARVIN PEARSON**                                                        **PETITIONER**

**V.**                             **CIVIL ACTION NO.: 3:18CV198-NBB-DAS**

**STATE OF MISSISSIPPI and**
**ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI**      **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order entered today, Respondents' motion [8] is **GRANTED**, and the petition for a writ of habeas corpus is **DISMISSED**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 21st day of December, 2018.

                                                       /s/ Neal Biggers
                                                       NEAL B. BIGGERS, JR.
                                                       SENIOR U.S. DISTRICT JUDGE